**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
  SAMANTHA LINHARDT,

                Plaintiff,                25 **CIVIL** 1123 (LJL)(HJR)

      -v-                                    **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 16, 2025, the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action.

**Dated:** New York, New York

      September 17, 2025

                                                **TAMMI M. HELLWIG**
                                                _____
                                                    **Clerk of Court**

                           **BY:**

                                                   _____
                                                    **Deputy Clerk**